## MORTON v. STATE.
### No. 15380.

Court of Criminal Appeals of Texas.
Nov. 16, 1932.

Fred Erisman, of Longview,. for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for burglary; punishment assessed at five years in the penitentiary.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.